IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )        8:03CR290
                               )
        v.                     )
                               )
STERLING MCKOY,                )        ORDER AND JUDGMENT
                               )
            Defendant.         )
_____)

        Pursuant to the memorandum opinion entered herein this
date,

        IT IS ORDERED:

        1) Defendant's motions to amend (Filing Nos. 331, 335
and 345) are granted.

        2) Defendant's motions for new trial (Filing Nos. 330,
343 and 344, as amended) are denied.

        3) Defendant's motions to vacate, set aside or correct
sentence (Filing Nos. 334 and 346) are denied.

        4) Defendant's amended motion for appointment of
counsel (Filing No. 337) is denied.

        5) Defendant's motion for leave to proceed *in forma
pauperis* (Filing No. 338) is denied.

        DATED this 8th day of August, 2007.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court