IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR290 |
| | ) | |
| v. | ) | |
| | ) | |
| STERLING McKOY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to amend pro se 2255 petition pursuant to Rule 15(c) (Filing No. 374). This matter is on appeal and this Court no longer has jurisdiction. Therefore, this motion will be denied without prejudice. Accordingly,

IT IS ORDERED defendant's motion to amend pro se 2255 petition pursuant to Rule 15(c) is denied without prejudice.

DATED this 6th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court