IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,   )
                            )
              Plaintiff,   )       8:03CR290
                            )
        v.             )
                            )
STERLING McKOY,         )        ORDER
                            )
             Defendant.   )
_____)

      This matter is before the Court on the motion of
Michael F. Maloney to withdraw as attorney (Filing No. 405).  The
Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that the motion of Michael F. Maloney to
withdraw as counsel for defendant is granted.

      DATED this 14th day of October, 2009.

                 BY THE COURT:

                 /s/ Lyle E. Strom
                 _____
                 LYLE E. STROM, Senior Judge
                 United States District Court