IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )          8:03CR290
                               )
      v.                       )
                               )
STERLING McKOY,                )          ORDER AND JUDGMENT
                               )
            Defendant.         )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that defendant's motion for reduction of sentence pursuant to the November 1, 2010, Amendments to the United States Sentencing Guidelines (Filing No. 442) is denied.

DATED this 16th day of March, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court