IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STERLING McKOY,

    Defendant.

Case No. 8:03CR290

ORDER

Before the Court is the request for transcript of hearing held on August 7, 2019.

IT IS ORDERED:

1. The request for transcript, filing [554] is granted.

2. Sterling McKoy, is advised that the cost of the transcript is $94.90. To proceed with this request, payment should be sent to the Clerk of Court. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $94.90, a refund check will be issued.

3. Upon receipt of the payment, the Clerk of Court is ordered to prepare a transcript of the hearing held on August 7, 2019. A copy of this order should also be mailed to Sterling McKoy.

DATED: September 6, 2019

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge