IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>STERLING MCKOY,<br><br>　　　　　　　Defendant. | **8:03CR290**<br><br>**ORDER** |

　　　　This matter is before the Court on defendant Sterling McKoy's ("McKoy") pro se motion for an extension of time (Filing No. 593) to file a reply to the government's response (Filing No. 591) to McKoy's pending Motion for Imposition of Reduced Sentence Pursuant to Section 404(c) of the First Step Act (Filing No. 587). Although the government's response includes a certificate of service indicating the government sent a copy of its response to McKoy by regular mail, McKoy reports he has not received that response. He further states that he placed a prior motion to extend in the prison mail system on January 7, 2021, but that the Clerk of Court never received it. McKoy notes the Bureau of Prisons has implemented a nationwide lockdown due to COVID-19 and reasons his first request for an extension "may be stuck in transit somewhere."

　　　　On January 27, 2021, the Court received a second motion for extension (Filing No. 594) from McKoy executed on January 7, 2021. It looks like the lost motion has been found. In both motions, McKoy seeks a copy of the government's response and sufficient time to file a reply. Both requests are reasonable. Accordingly,

　　IT IS ORDERED:
　　1.　Defendant Sterling McKoy's pro se motion for an extension of time to file a reply (Filing No. 593) is granted. McKoy shall file his reply on or before April 9, 2021.
　　2.　McKoy's second motion for an extension (Filing No. 594) is denied as moot.

3. The Clerk of Court is directed to mail a copy of this Order and a copy of the government's response brief (Filing No. 591) to McKoy at his address of record at FCI Greenville.

Dated this 28th day of January 2021.

> BY THE COURT:
>
> *Robert F. Rossiter, Jr.*
> Robert F. Rossiter, Jr.
> United States District Judge