IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>STERLING MCKOY,<br><br>              Defendant. | 8:03CR290<br><br>**ORDER** |

This matter is before the Court on defendant Sterling McKoy's ("McKoy") Motion for Imposition of Reduced Sentence (Filing No. 587) pursuant to Section 404 of the First Step Act of 2018 ("First Step Act"), Pub. L. No. 115-391, 132 Stat. 5194 (2018). Also pending is McKoy's related motion for judicial notice (Filing No. 601). The government opposes (Filing Nos. 591 and 600) any reduction in McKoy's sentence.

The Court heard oral argument at a motion hearing on September 14, 2021. Upon careful review of the record and for the reasons stated on the record at that hearing, the Court finds a sentence reduction is appropriate under the circumstances of this case. Accordingly,

    IT IS ORDERED:

    1.    Defendant Sterling McKoy's Motion for Imposition of Reduced Sentence (Filing No. 587) pursuant to the First Step Act is granted.

    2.    McKoy's sentence on Count I of the Indictment is reduced to time served.

    3.    An amended judgment shall issue with modified terms of supervised release. The Court modifies McKoy's conditions of supervised release to require him to reside in a residential reentry center immediately following his release for a period of up to 180 days as directed by the probation office.

    4.    McKoy's motion for judicial notice (Filing No. 601) is denied.

    Dated this 15th day of September 2021.

BY THE COURT:

*Robert F. Rossiter, Jr.*

Robert F. Rossiter, Jr.
Chief United States District Judge